IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICK SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0535 |
| ) | Judge Trauger |
| LT. RONDAI FELTS, SGT. (F/N/U) SWAW, ) | Magistrate Judge Bryant |
| DEP. (F/N/U) BLEDSOE, and ) | |
| CHAPLIN J. B. SMITH, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

On January 15, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 33), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss For Failure to Prosecute And/Or Failure to Comply With Court Order (Docket No. 22) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 1st day of February 2010.

_____
ALETA A. TRAUGER
U.S. District Judge